IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY CLEVEN,

    Plaintiff,

v.

PAUL SOGLIN, CITY OF MADISON,
and DAVID SCHMIEDICKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-421-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Paul Soglin, City of Madison and David Schmiedicke against plaintiff Gary Cleven dismissing plaintiff's claims against the individual defendants and his due process claims.

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's takings claim is dismissed for lack of ripeness.

| | |
|---|---|
|    s/V. Olmo, Deputy Clerk | 10/17/2017 |
| Peter Oppeneer, Clerk of Court | Date |