UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

GARY CLEVEN
4506 MAHER AVENUE
MADISON, WI 53716           Case No.: 16-CV-421

       Plaintiff,

vs.

PAUL SOGLIN, CITY OF MADISON,
and DAVID SCHMIEDICKE

       Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Gary Cleven, Plaintiff in the above named case, herby appeals to the United States Court of Appeals for the 7th Circuit from the decision and order dated October 13, 2017 and the final judgment entered in this action on the 17th day of October 2017.

Dated: November 10, 2017

                                      DAVEY & GOLDMAN

                                      Attorneys for Plaintiff

                                      _/s/ Lisa C. Goldman_____
                                      Lisa C. Goldman
                                      State Bar No.: 1029893
                                      Bruce M. Davey
                                      State Bar No. 1012256

                                      5609 Medical Circle, Suite 101
                                      Madison, Wisconsin 53719
                                      Phone: 608-630-9700
                                      Fax: 608-205-5645